UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :

G.M. *individually and on behalf of*, L.M.,      :

                                              :

                       Plaintiffs,     :

                                              :                   26-CV-46 (VSB)

                     -against-          :

                                              :                     **ORDER**

NEW YORK CITY PUBLIC SCHOOLS,     :

                                              :

                       Defendant.    :

                                               :

------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and

without prejudice to restoring the action to this Court's docket if the application to restore the action

is made within sixty (60) days.

SO ORDERED.

Dated:        June 17, 2026
                  New York, New York

                                        Vernon S. Broderick
                                        United States District Judge